IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| v. | * | CR 406-336 |
| ROGER LEE FREEMAN | * | |

**O R D E R**

On July 12, 2016, this Court denied Defendant Roger Lee Freeman's motion for reconsideration of this Court's Order of April 13, 2016, which had denied Freeman's motion for leave to appeal in forma pauperis from this Court's dismissal of his petition under 28 U.S.C. § 2255. As is his modus operandi, Freeman has now appealed the Order of July 12, 2016, and filed a motion to appeal in forma pauperis and a motion for a certificate of appealability related to the latest appeal.

Freeman has not made a substantial showing of the denial of a constitutional right; therefore, his motion for the issuance of a certificate of appealability (doc. 60) is **DENIED**. See 28 U.S.C. § 2253(c)(1)(B). Consequently, his motion to proceed in forma pauperis (doc. 61) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of August, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA